■ In the Matter of Prudential Property and Casualty Insurance Company, Appellant. George L. Memmen, as Public

Administrator of Queens County, et al., Respondents. — In a proceeding to permanently stay arbitration, petitioner appeals from a judgment of the Supreme Court, Nassau County (Roncallo, J.), entered December 1, 1983, which, *inter alia,* dismissed the proceeding.

Judgment affirmed, with one bill of costs.

We agree with the determination of nisi prius, that notice of the accident was given to the petitioner within a reasonable time (*see, Mighty Midgets v Centennial Ins. Co.,* 47 NY2d 12) and that Allstate Insurance Company established a valid cancellation of its policy (*see, Nassau Ins. Co. v Murray,* 46 NY2d 828). Gibbons, J. P., Weinstein, Brown and Niehoff, JJ., concur.